**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION**

Sherrie A. Williams,

        Plaintiff,

v.

Midwest Readers Service, Inc.
and Anthony Moulder

        Defendants.

Case No.  05-CV-2649  PAM/FLN

**ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the Stipulation of Dismissal with Prejudice of the parties filed with the Court as document number 22,

IT IS ORDERED THAT:

The above-captioned matter is dismissed with prejudice, each party to bear its own costs, disbursements and attorney's fees.

BY THE COURT

Dated: April  25 , 2006

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge

3424173.1